IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KECIA HENDRIX,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:20-cv-00437-N (BT) |
| | § | |
| IQOR INC, et al.,<br>　　　　Defendants. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 27, 2020. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objection was made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled.

**SO ORDERED** this 19th day of November, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE