IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KECIA HENDRIX, <br> Plaintiff, | § § § | |
| v. | § | No. 3:20-cv-00437-N (BT) |
| IQOR INC, et al., <br> Defendants. | § § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 27, 2020. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objection was made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled.

**SO ORDERED** this 12th day of February, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE