IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KECIA HENDRIX, <br><br> Plaintiff, <br><br> v. <br><br> IQOR, INC., et al., <br><br> Defendants. | No. 3:20-cv-00437-N-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 29, 2020. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff Kecia Hendrix's "Motion for New Trial" (ECF No. 25) is DENIED.

**SO ORDERED,** this 19th day of February, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1